IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| KATHY ANN YORK, | * | |
| ADC #702451, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 4:11-cv-00134-SWW-JJV |
| | * | |
| WALTER CRAIG LAMBERT, Attorney | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. Dismissal of this action constitutes a "strike" for the purposes of 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Memorandum and Order would not be taken in good faith.

DATED this 3rd day of March, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE